**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>**CURTIS ANTHONY JOHNSTON,**<br><br>Supervised Releasee | **NO. 5: 10-CR-48 (CAR)**<br><br>RE: SUPERVISED RELEASE VIOLATIONS |

# O R D E R

**CURTIS ANTHONY JOHNSTON**, a **SUPERVISED RELEASEE** in the above-styled criminal proceeding, this day appeared before the undersigned with counsel for a scheduled Preliminary Hearing under provisions of Rule 32.1 of the Federal Rules of Criminal Procedure and a hearing on the government's motion seeking detention. The **SUPERVISED RELEASEE** was represented by Ms. Cynthia W. Roseberry, the Federal Defender; the government was represented by Assistant U. S. Attorney Verda M. Colvin. Counsel for the **SUPERVISED RELEASEE** advised the court that **SUPERVISED RELEASEE** Johnston does not contest the issue of probable cause insofar as this proceeding is concerned and does not contest the government's request for detention pending disposition of this matter at a Final Revocation Hearing.

Upon consideration of the government's request for the detention of the **SUPERVISED RELEASEE** pending his Final Revocation Hearing, and in light of the provisions of 18 U.S.C. §3143(a), the court finds that release from custody at this time is inappropriate in this case. The **SUPERVISED RELEASEE** is alleged to have violated his supervised release by violating state law within one month of his release from confinement, to-wit: on or about May 7, 2010, **SUPERVISED RELEASEE** Johnston was charged with some 15 criminal offenses in Twiggs County, Georgia following a high speed chase which ended in a collision with Twiggs County deputies. Charges pending against him in Twiggs County include AGGRAVATED ASSAULT, DRIVING UNDER THE INFLUENCE (DRUGS), and FLEEING/ATTEMPTING TO ELUDE OFFICERS.

Accordingly, IT IS ORDERED AND DIRECTED that **CURTIS ANTHONY JOHNSTON** be **DETAINED** by the United States Marshal until further order of the court. While held in custody, said **SUPERVISED RELEASEE** shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility wherein he is confined shall deliver him to the United States Marshal for the purpose of an appearance in connection with this court proceeding.

Said **SUPERVISED RELEASEE** shall appear before the Honorable C. Ashley Royal, district judge, for a **FINAL HEARING** as directed by Judge Royal. The Clerk of Court is directed to forward this order and the within file to Judge Royal for the scheduling of said **FINAL HEARING** at the earliest possible time.

SO ORDERED AND DIRECTED, this 20th day of SEPTEMBER, 2010.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE